UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO INC., <br><br> *Plaintiffs* <br><br> v. <br><br> 012 STICKERS STORE, 138 STORE, 640350 STORE, 812919634 STORE, A PLEASANT TRIP STORE, A&S SHOW STORE, AIQIN STORE, ALMAN STORE, ANGELPAPA STORE, ANIME SERIES TOY STORE, ANIME TOY SERIES STORE, BABY SUSIE STORE, BABYWEAR STORE, BCAA STORE, BIAOLUN STORE, BOOM SPECIALTY STORE, BREATHING LIGHTLY STORE, CAREBABY STORE, CHEAP WITH GOOD VALUE STORE, CHILDREN'S FACTORY STORE STORE, DASHINI STORE, ETST WENDY BABY STORE, FAADDEARW STORE, FIRST BACKDROPS STORE, FOURTRY STORE, FUDANL PARTY STORE, FUNNYTOY_DROPSHIPPING STORE, GOOD LUCKLY YOU STORE, GREATTIME STORE, HAOYUEXING STORE, HAPPYS CHILDHOOD STORE, HASBROANIME FIGURES TOY STORE, HOLIDAY PARTY SHOP STORE, H-T STORE, KHZ TOY STORE, KONPENG STORE, LADYBUG STORE, LESHANG STORE, LET'S PARTY TOGETHER STORE, LUCKIY - CHILD STORE, LXH TOY 2 STORE, MENGRU TOY STORE, MI F STORE, MIBA KIDS CLOTHES STORE, MICO&MOCO BABY STORE, MIKECRACK STORE, MORNINGBEBE TOY STORE, MUMU1214 STORE, NEW TOY 2021 STORE, PAPYBAL BALLOONS STORE, PARTY BACKGROUND DECORATION STORE, PARTY GROCERY STORE, PARTY'LIFE STORE, PARTYSTART STORE, PRETTYDOVEY STORE, RED AGE STORE, RELEASE TOY STORE, ROBLOX STORE, SANMANDI STORE, SHOP1970547 STORE, SHOP3195061 STORE, SHOP5054185 STORE, SHOP5440075 STORE, SHOP5734145 STORE, SHOP5882412 STORE, SHOP912626714 STORE, SRUI STORE, STARTING POINT TOY STORE, STULO STORE, SUNNY WONDERLAND, SUNSFUN WALL ART STORE, SURPRISE BABY STORE, | 22-cv-2394 (JMF) <br><br> [PROPOSED] <br> UNSEALING ORDER |

1

TOBFATION STORE, TODAY DECOR STORE, TREE PLUSH TOY STORE, TSHIRT BOYS/GIRL BABY STORE, TZ GORUN STORE, WANGQIANYU STORE, WARM CHILDHOOD STORE, WEIXI KIDS CLOTHES STORE, WINMORE ALI STORE, WOWW PARTY STORE, XJ MODEL STORE, YAYESTUDIO STORE, YI123456LELE STORE, YIWU-WELL 01 STORE, ZCTOYS STORE, ZHIHAO COSTUME STORE, ZIROU STORE, ZIYANG CHILD STORE and Z-ONE PARTY STORE,

*Defendants*

The Clerk of Court is directed to unseal the above-captioned action, and Records Management is directed to upload all documents filed to date on the Electronic Case Filing system.

SO ORDERED.

Dated: April 14, 2022
       New York, New York

                                              JESSE M. FURMAN
                                          United States District Judge