UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
MOONBUG ENTERTAINMENT LTD et al., :
:
                     Plaintiffs, :
:           22-CV-2394 (JMF)
      -v- :
:                 ORDER
012 STICKERS STORE et al., :
:
                     Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      It is hereby ORDERED that all parties appear for a conference with the Court on **November 14, 2022**, at **10:00 a.m.**  The parties should be prepared to discuss the propriety of electronic service on entities in China.

      The conference will be held remotely by telephone in accordance with Rule 3.B of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      SO ORDERED.

Dated: November 10, 2022                        _____
       New York, New York                       JESSE M. FURMAN
                                             United States District Judge