UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED et al., <br><br> Plaintiffs, <br><br> -against- <br><br> 012 STICKERS STORE et al., <br><br> Defendants. | 22-CV-2394 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

As discussed at the hearing on August 22, 2024, Plaintiffs should file a letter by August 28, 2024, addressing:

- Why it was proper serve default judgment papers via email rather than through the Hague Convention

- Why it is proper to grant default judgment against the parties that were not served the default judgment papers in any manner (Alman Store, Prettydovey Store, Sunny Wonderland, and Surprise baby store)

- Why the successful Hague defendants are in default when it has not been 6 months since service was executed in light of *Artnet Worldwide Corp. Inc. v. Gruber*, 2023 WL 6390167, at *2 (S.D.N.Y. Oct. 2, 2023) (explaining that Article 15 of the Hague Convention sets forth conditions that must be met before granting default judgment, including "a period of time of not less than six months, considered adequate by the judge in the particular case, has elapsed since the transmission of the document").

- Whether there are any grounds for exercising jurisdiction over third parties (including the Third Party Service Providers and Financial Institutions)

  o Plaintiffs should also submit an amended proposed judgment removing all provisions related to third parties

SO ORDERED.

Dated: August 23, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge